**CLOSED**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GASSER CHAIR CO., INC., <br><br> Plaintiff, <br><br> vs. <br> K.P. GAMING SUPPLIES, INC., et al., <br><br> Defendants | ) Case No.: CV 10-02347 DDP (MANx) <br> ) <br> ) Judge Dean D. Pregerson <br> ) <br> ) <br> ) **STIPULATED JUDGMENT** <br> ) |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, as follows:

1.  Judgment is hereby rendered in favor of Plaintiff GASSER CHAIR, INC. against DefendantsK. P. GAMING SUPPLIES, INC. and KEVIN PAUL THORNTON, <u>jointly and severally</u>, in the amount of $115,000.00 (One Hundred Fifteen Thousand Dollars) with interest at the rate of ten percent (10%) from the date of entry hereof.

2.  Plaintiff shall refrain from taking anyaction to execute on said judgment and enforcement thereof shall be stayedso long as said Defendants make payments to Plaintiff totaling $88,750.00 (Eighty-Eight Thousand Seven Hundred Fifty Dollars) as follows:  (1) $25,000.00 (Twenty-Five Thousand Dollars) to be received by Plaintiff's counsel or before October 31, 2010, (2) $15,000.00 (Fifteen Thousand Dollars) to be received by Plaintiff's counsel on or before November 30, 2010, and (13) thirteen monthly payments of $3,750.00

(Three Thousand Seven Hundred Fifty Dollars) to be received by Plaintiff's counsel on or before December 31, 2010, January 31, 2011, February 28, 2011, March 31, 2011, April 30, 2011, May 31, 2011, June 30, 2011, July 31, 2011, August 31, 2011, September 30, 2011, October 31, 2011, November 30, 2011, and December 31, 2011, respectively.  All such payments shall be payable to *Edward T. Saadi Client Trust Account* and sent to Edward T. Saadi, Esq., 970 Windham Court, Suite #7, Boardman, Ohio, 44512.

      3.      Should all of the payments set forth in Paragraph 2 above be timely made, counsel for plaintiff shall cause to be filed with the Clerk of Court for the United States District Court, Central District of California, within fifteen (15) days of receipt of the final payment a Request for Dismissal of the Entire Action with Prejudice.  Should Local Rule or any other statute prevent or prohibit the filing of such document, or should the attempted filing of same be "rejected" by the Clerk of Court, counsel for plaintiff shall promptly cause to be filed with the same Clerk of Court a full Satisfaction of Judgment.

      4.      Should Defendants fail to make any payment called for in Paragraph 2 above, or should any such payment be received by Plaintiff's counsel more than five (5) business days after the deadline for such payment as set forth above, thenPlaintiff shall no longer be required to refrain from executing upon said judgmentfor the full amount set forth in Paragraph 1, minus credits forpayments made.

      5.      Defendant K.P. Gaming Technologies, Inc., **only**, is hereby dismissed,without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

      6.      The parties further agree and stipulate that a facsimile or photocopy version of this signed Stipulation for Judgment may be used for all purposes in place of and instead of the original and will be binding upon the signing party as if it were the original.  It is agreed that such copy will be accepted at all times in lieu of the original.  In addition, is agreed that this Stipulation for Judgment may be executed in

two or more counterparts, each of which shall be deemed a duplicate original, but all of which together shall constitute one and the same counterpart.

      7.      Each party shall bear their own respective costs.

DATED: October 27, 2010

                              Good Cause therefore appearing, the Stipulated Judgment of the parties is hereby approved.

                              HON. DEAN D. PREGERSON,
                              UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED:

| | |
|---|---|
| Gasser Chair, Inc.<br>By:     Evelyn Mihin<br>Its:     Chief Operating Officer<br>*Plaintiff* | K. P. Gaming Supplies, Inc.<br>By:     Kevin P. Thornton<br>Its:     President<br>*Defendant* |
| | Kevin Paul Thornton<br>*Defendant* |
| Edward T. Saadi, Esq. (#186360)<br>970 Windham Ct., Ste #7<br>Boardman, OH  44512<br>*Attorney for Plaintiff* | Gerald Spala, Esq. (#92947)<br>3877 12th Street<br>Riverside, CA 92501<br>*Attorney for Defendants* |